UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 23-14420-CIV-CANNON

**GARY MCKINNOND**,

    Plaintiff,

v.

**INFINITY, BARRY DULAC, and
BONNIE M. FOLCARELLI,**

    Defendants.
_____/

## ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE

**THIS CAUSE** comes before the Court upon a sua sponte review of the record. On January 2, 2024, the Court entered a screening order dismissing Plaintiff's Complaint without prejudice and permitting Plaintiff an opportunity to file an amended complaint on or before January 24, 2024 [ECF No. 5]. The Court warned Plaintiff that failure to submit an Amended Complaint by that deadline would result in dismissal of the case without further notice [ECF No. 5]. As of today's date, January 30, 2024, Plaintiff has not filed an Amended Complaint, shown good cause for not doing so, or requested additional time to do so.

Courts are vested with this inherent power "to manage their own affairs so as to achieve the orderly and expeditious disposition of cases" and "to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R. Co.*, 370 U.S. 626, 630–631 (1962).

CASE NO. 23-14420-CIV-CANNON

In light of that authority, and given Plaintiff's failure to prosecute this action as directed, it is hereby **ORDERED AND ADJUDGED** as follows:

1. This matter is **DISMISSED WITHOUT PREJUDICE**.

2. The Clerk of Court is **DIRECTED** to mail a copy of this Order to the address listed below.

3. The Clerk of the Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 30th day of January 2023.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:  Gary McKinnond
     1485 24th Place
     Vero Beach, Florida 32962
     PRO SE